**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12-CV-220-GCM**

|  |  |  |
|---|---|---|
| **TAMARA FIELDS and** | ) | |
| **LAKENYA HARRISON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| **CELLCO PARTNERSHIP** | ) | |
| **d/b/a VERIZON WIRELESS** | ) | |
| **Defendants.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **REENA I. DESAI**, filed April 11, 2012 [doc.#3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Desai is admitted to appear before this court *pro hac vice* on behalf of plaintiffs.

**IT IS SO ORDERED.**

Signed: April 12, 2012

Graham C. Mullen
United States District Judge