IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-220-GCM

| | |
|---|---|
| TAMARA FIELDS and LAKENYA HARRISON, Plaintiff, v. CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS Defendants. | ORDER GRANTING ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **MICHELE R. FISHER**, filed April 11, 2012 [doc.#4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Fisher is admitted to appear before this court *pro hac vice* on behalf of plaintiffs.

**IT IS SO ORDERED.**

Signed: April 12, 2012

Graham C. Mullen
United States District Judge