IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-220-GCM

| | |
|---|---|
| TAMARA FIELDS and )<br>LAKENYA HARRISON, individually )<br>and on behalf of other similarly )<br>situated individuals, )<br>              Plaintiffs, )<br>)<br>v. )<br>)<br>CELLCO PARTNERSHIP d/b/a )<br>VERIZON WIRELESS, )<br>              Defendants, ) | **ORDER** |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **August 29, 2012, at 2:00 p.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: July 23, 2012

Graham C. Mullen
United States District Judge